**Motion Granted, Judgment Vacated, Case Remanded, and Memorandum Opinion filed July 2, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00296-CV

## CODY SHIMEK AND MERCHANT'S WRECKER SERVICE, INC., Appellants

## V.

## RUBY THOMAS, Appellee

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause No. 98695-CV**

## M E M O R A N D U M    O P I N I O N

This is a restricted appeal from a judgment signed February 11, 2019. On June 26, 2019, the parties filed an agreed motion to remand for entry of judgment. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is GRANTED.

Therefore, we VACATE the judgment without regard to the merits and REMAND the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.